# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTINA G. COLOMBO, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01206-PMP-PAL |
| vs. | ) | **ORDER** |
| BANK OF AMERICA CORPORATION, et al., | ) | (Mtn to Withdraw - Dkt. #13) |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #13) filed December 15, 2010. The law firm Michael R. Mushkin & Associates seeks to withdraw as counsel of record for Plaintiff Christina G. Colombo. The Motion represents that Plaintiff has failed to "substantially fulfill an obligation to Michael R. Mushkin regarding his services and has been given reasonable warning that he will withdraw unless the obligation is fulfilled." Counsel asserts that continued representation would pose an unreasonable financial burden. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was removed to this court on July 20, 2010.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #13) is GRANTED.
2. Plaintiff shall have until **January 3, 2011,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will be proceeding *pro se.*
3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

/ / /

4.   The Clerk of Court shall serve a copy of this Order on Plaintiff at:

   Christina G. Colombo
   8033 Celestial Ave., Unit 201
   Las Vegas, NV 89128

Dated this 16th day of December, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE