UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| CHRISTINA G. COLOMBO, ) | |
| ) | 2:10-CV-01206-PMP-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BANK OF AMERICA ) | |
| CORPORATION, et al., , ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration is Plaintiff Christina G. Colombo's, failure to comply with this Court's Order (Doc. #14) and Order to Show Cause (Doc. #15). On February 2, 2011, The Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #17) recommending that Plaintiff Colombo's Complaint (Doc. #1) should be denied.

On December 17, 2010, Plaintiff Colombo was given up to and including January 3, 2011, within which to retain counsel or file a notice with the Court that she would appear in pro se. As of this date, Plaintiff has failed to do so and time has since expired. In addition, on January 10, 2011, the Court entered an Order to Show Cause (Doc. #15) giving Plaintiff up to and including January 24, 2011, to show cause in writing why she did not comply with the Court's Order (Doc. #14). Plaintiff has failed to do so and time has now expired.

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #17) is Affirmed and Plaintiff Christina G. Colombo's Complaint (Doc. #1) is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED that** Defendants' Motion to Dismiss for Failure to Prosecute (Doc. #18) is **DENIED** as moot.

**IT IS FURTHER ORDERED that** Defendants' Motion for Summary Judgment (Doc. #20) is **DENIED** as moot.

DATED: March 1, 2011.

_____
PHILIP M. PRO
United States District Judge